# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Western District of Missouri |
| | ) | Case No. 22-MJ-00049-01-LMC(WBG) |
| vs. | ) | |
| | ) | District of Columbia |
| DEVIN KIEL ROSSMAN, | ) | Case No. 1:22-mj-00105-RMM |
| | ) | |
| Defendant. | ) | |

## ORDER

On May 16, 2022, Defendant Devin Rossman appeared with appointed counsel, Travis Poindexter, on a warrant issued for a criminal complaint issued by the United States District Court for the District of Columbia. Defendant knowingly and voluntarily waived his identity and removal hearing and preliminary hearing. As the Government did not seek pretrial detention in this matter, Defendant was released on a personal recognizance bond and conditions of release were set and reviewed. It is, therefore,

ORDERED that this matter is transferred to the United States District Court for the District of Columbia for all further proceedings consistent with Fed. R. Crim. P. 5(c)(3). It is further

ORDERED that Defendant appear next on May 24, 2022 at 1:00 p.m. EDT via Zoom video conference.

DATE: May 16, 2022     /s/ W. Brian Gaddy
W. BRIAN GADDY
UNITED STATES MAGISTRATE JUDGE